UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY BRANCATO                                JURY TRIAL DEMANDED

v.                                                         CASE NO. 3:010cv

GC SERVICES LIMITED PARTNERSHIP

COMPLAINT

1.      This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.      This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.      Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4.      Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.      In 2010, Defendant was attempting to collect a personal account owed solely and separately by James Brancato to American Express.

6.      In the course of collection, defendant discussed the debt with plaintiff, who is Mr. Brancato's wife.

7.      After plaintiff explained that Mr. Brancato was in a nursing home, suffering from dementia, on social security, and unable to pay the account, defendant continued to call plaintiff seeking payment.

8.      Defendant also called plaintiff's friend on a cell phone, even though it had location information for the debtor and for plaintiff.

9.      Defendant continued to call plaintiff and her friend after notice that plaintiff was represented by counsel and after a written cease notice both received by defendant on June 1, 2010.

10.     Defendant's collection efforts violated 15 U.S.C. §1692c, -d, -e, -f or -g.

SECOND COUNT

11. The allegations of the First Count are repeated and realleged.

12.     Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages under the FDCPA..

   2. Award the plaintiff costs of suit and a reasonable attorney's fee;

   3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
   123 Avon Street
   New Haven, CT 06511-2422
   (203) 772-0395
   faulknerlawoffice@snet.net