UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY BRANCATO | : |
| V. | : NO. 3:10-CV-01011-MRK |
| GC SERVICES LIMITED PARTNERSHIP | : December 1, 2010 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above-entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF

By: _____
Joanne S. Faulkner (ct04137)

Law Offices of Joanne Faulkner
123 Avon Street
New Haven, CT  06511-2422
Tel. 203-772-0395
Email: faulknerlawoffice@snet.net

Her Attorney

THE DEFENDANT

By: _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com
Juris No. 69695

Its Attorneys